

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Heather Hoffman                    :     CIVIL ACTION
              v.                   :
Lincoln General Insurance          :     NO.    07    4254
A/S/O Xpress Rent A CAR            :
Brian Walker, Lancaster County

### MOTION TO PROCEED IN FORMA PAUPERIS


_____
Signature
905 East King St #3
Lancaster Pa 17602
Address
Heather Hoffman
Print your name

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Heather Hoffman
Full name of Plaintiff

v.                                          Civil Action No. _____

Lincoln General Insurance
Defendant(s) A/S/O X-Press Rent A Car

I, Heather Hoffman, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?        Yes ☐   No ☑
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. July 2007 Manicurist worked 1 day per week @ 50% commission. Approx. 60.00 - 75.00 per month.

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?        Yes ☐   No ☑
   b.) Rent payments, interest, or dividends?                    Yes ☐   No ☑
   c.) Pensions, annuities, or life insurance payments?         Yes ☐   No ☑
   d.) Gifts or inheritances?                                    Yes ☐   No ☑
   e.) Any other sources?                                        Yes ☑   No ☐
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. Social Security disability 861.00 monthly and 171.00 Son's SS monthly. (Rent 750.00 elec 45.00 phone 25.)

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☐   No ☑
   If the answer is "yes", state the total value of the items owned. _____

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐   No ☑
   If the answer is "yes", describe the property and state is approximate value. _____

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Keith March, Son (total support - lives w/ me w/ no child support) Melissa Barrage, daughter, Warren J. Barrage - I pay 143.00 monthly support for them.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON 10/4/07
            (Date)                          (Plaintiff's Signature) Heather [signature]

I'd like to ask this order to allow copies for parties be included and service by mail as well, for all parties. I cannot afford it. Please.